# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINETH MOR,<br><br>    Petitioner,<br><br>  v.<br><br>JOHN ASHCROFT, et. al.,<br><br>    Respondents.<br>_____/ | CV F   05-1389 AWI DLB HC<br><br>ORDER ADMINISTRATIVELY CLOSING ACTION AS DUPLICATE OF CV-F-05-1348 OWW SMS HC |

    Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    Petitioner filed the instant action on November 3, 2005. A review of this Court's docket system indicates that on October 26, 2005, Petitioner filed a petition for writ of habeas corpus in this Court which was assigned case number "CV F 05-01348 OWW SMS HC."

    The Court has reviewed both of the pending federal petitions listed above and finds that the petitions are identical. In light of the duplicative nature of the petitions, the Court finds that the instant action should be dismissed.

IT IS SO ORDERED.

**Dated:   January 27, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

1